# Court of Appeals
# of the State of Georgia

ATLANTA,  August 09, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0046. ESTATE OF RUSSELL FERRELL, JR., et al. v. GRADY MEMORIAL HOSPITAL CORPORATION et al.**

Counsel for plaintiff Shirley Ferrell, as the surviving spouse of Russell Ferrell, Jr., and as the proposed administrator of Russell Ferrell's estate, filed a medical malpractice action against Grady Memorial Hospital, five individual medical providers, The Emory Clinic, Inc., Emory University, and several John Does and ABC corporations. While that action was pending, Ferrell filed several pro se motions on behalf of the estate, which the trial court declared were nullities because she was represented by counsel. Meanwhile, a settlement agreement was reached with Grady Memorial Hospital, The Emory Clinic, Emory University, and the John Doe and ABC corporations, and Ferrell's counsel filed a voluntary dismissal with prejudice on April 12, 2024. Ferrell then filed a pro se notice of appeal, purporting to appeal from the voluntary dismissal and asserting that the trial court "ignored" all of her pro se pleadings filed after July 4, 2023. We, however, lack jurisdiction.

Pretermitting whether the voluntary dismissal was interlocutory[1] or whether Ferrell is still represented by counsel, "[a] voluntary dismissal is not a decision or judgment that may be appealed by a plaintiff." *Waye v. Continental Special Risks, Inc.*, 289 Ga. App. 82, 84 (656 SE2d 150) (2007).

---

[1] Although the voluntary dismissal concerned "all claims in this action," only the parties to the settlement agreement are named in that pleading, and it is unclear how or if the claims against the five individual medical providers were resolved.

Accordingly, this Court is without jurisdiction to entertain this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__08/09/2024_____*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*